JACOB COHEN, Appellant, v. CARLTON GRAY HENCE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

GUIDO FLAIM, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The order granted at Special Term was, in effect, the opening of a default occurring on a trial where the plaintiff's attorney was taken ill during the course of the trial; and a motion for adjournment was denied and the complaint dismissed before the plaintiff had rested. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

FLANY REALTY CO., INC., Appellant, v. MIDHAMPTONS CORPORATION and Others, Respondents, Impleaded with MANUFACTURERS TRUST COMPANY and LEBKAMP REALTY DEVELOPMENT CO., INC., Defendants.— Orders dismissing complaint reversed on the law and the facts, with ten dollars costs and disbursements in each appeal, and motions denied, with ten dollars costs in each, with leave to the defendants to plead within ten days after service of the order to be entered hereon. The defendant Lebkamp Realty Development Co., Inc., not being a party to the agreement sought to be specifically enforced or in the alternative rescinded, is not a proper or necessary party plaintiff. Being a party defendant, it may have notice of all proceedings and can protect its interest in the mortgage in question. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

GRACE D. FLYNN, Respondent, v. JOHN H. FLYNN, Appellant. (Appeal No. 1.) — Order granting plaintiff's motion for alimony and counsel fee and awarding custody of children affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

GRACE D. FLYNN, Respondent, v. JOHN H. FLYNN, Appellant. (Appeal No. 2.) — Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

GRACE D. FLYNN, Respondent, v. JOHN H. FLYNN, Appellant. (Appeal No. 3.) — Order modified by reducing the amount of the additional counsel fee provided for in the order appealed from to $200, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

ANNA M. GESELL, Appellant, v. HERBERT R. GESELL, Respondent.— Order modifying order adjudging defendant in contempt affirmed, without costs. No opinion. Young, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., dissents.

FRANCES GOLDFARB and BENJAMIN GOLDFARB, Appellants, v. PAUL A. KOHN, Respondent.— Order denying motion to remove action from Municipal Court to Supreme Court affirmed, with ten dollars costs and disbursements, without prejudice to a new motion presenting more fully the nature and extent of the injuries, the damages suffered by way of expense incurred, loss of earnings or services and the like, indicating that a verdict will in all likelihood exceed the amount to which the jurisdiction of the Municipal Court is limited. On this motion the plaintiff Frances Goldfarb's claim to increased damages depends upon